IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes | Date: September 20, 2007 |
| Court Reporter: Gwen Daniel | |

_____

| | |
|---|---|
| Civil Case No. 07-cv-00478-LTB-MJW | Counsel: |
| | |
| THE PEOPLE OF THE STATE OF | Stephen Smith |
| COLORADO, *ex rel*. JOHN SUTHERS, | Russell Klein |
| COLORADO ATTORNEY GENERAL, | |
| | |
|     Plaintiff, | |
| v. | |
| | |
| ALBERT GONZALES, in his official capacity | Tom Dupree, Jr. |
| as the Attorney General of the United States; | |
| MICHAEL CHERTOFF, in his official capacity | |
| as Secretary of the United States Department | |
| of Homeland Security, and | |
| THE UNITED STATES OF AMERICA, | |
| | |
|     Defendants. | |

_____

COURTROOM MINUTES
_____

HEARING - Motion

**8:59 a.m.     Court in session.**

Argument.

**ORDERED:**  Defendants' Motion to Dismiss **(3)** is **taken under advisement.**

**10:23 a.m.     Court in recess/hearing concluded.**

Total in-court time: 1:24

1